UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAOLO SCHIANCHI, | |
| Plaintiff, | |
| v. | No. 1:21-cv-1097 (AJT/JFA) |
| UNITED STATES OF AMERICA, TRANSPORTATION SECURITY ADMINISTRATION, | |
| Defendants. | |

**ORDER**

Upon consideration of the parties' Joint Motion to Transfer, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that this case shall be transferred to the United States District Court for the District of Columbia; and it is further

ORDERED that Defendants shall file an initial response to the complaint within thirty (30) days of the docketing of this case in the United States District Court for the District of Columbia.


Date: ___January 18, 2022____

Anthony J. Trenga
United States District Judge